# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **PATRICK GILTON** | **CASE NO. 6:19-CV-00428 SEC P** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **BORNE, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct[1] under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** that this complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

THUS DONE in Chambers on this 23rd day of March, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] Gilton's amended complaints appear to address multiple cases in the 16th Judicial District Court for the Parish of St. Mary. Namely, the original Complaint [1] and initial Amended Complaints [Docs. No. 7, 11, and 13] appear to relate to case number 2019-203969, and the most recent Amended Complaint [Doc. No. 14] relates to case number 2019-204265. The Court finds the reasoning in the Report and Recommendation applies similarly to each of these cases, with the results being the same as to each.